# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Dylan Day-John Tucker, Jr., | ) | Case No. 1:23-cr-181 |
| | ) | |
| Defendant. | ) | |

On March 6, 2025, the court held a Pretrial Release Revocation Hearing, during which Defendant was present. (Doc. No.164).

For the reasons articulated on the record during the hearing, Defendant shall remain on release subject to all conditions previously imposed by the court. However, Defendant's location monitoring condition shall be modified as follows:

1) Defendant must participate in the following location restriction program and comply with its requirements as directed by the supervising officer:

   Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the supervising officer.

   Defendant must submit to location monitoring technology at the discretion of the Pretrial Services Officer and comply with its requirements as directed.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court